1  Andres F. Quintana (SBN 190525)
   John M. Houkom (SBN 203240)
2  **QUINTANA LAW GROUP**
   A Professional Law Corporation
3  26135 Mureau Road, Suite 101
   Calabasas, California 91302
4  Telephone:    (818) 914-2100
   Facsimile:    (818) 914-2101
5  E-mail:   andres@qlglaw.com
              john@qlglaw.com
6
7  Attorneys for Defendants Adam
8  Shryock and Pure Savings, LLC, sued
   as The Seven Group
9

10              **UNITED STATES DISTRICT COURT**

11           **SOUTHERN DISTRICT OF CALIFORNIA**

12

13  KEEP A BREAST FOUNDATION, a Non-      CASE NO. 11 CV0570 BEN WMc
    Profit Corporation,
14                                        **DEFENDANTS ADAM SHRYOCK AND**
                                          **PURE SAVINGS, LLC'S ANSWER TO**
15              Plaintiff,                **PLAINTIFF'S FIRST AMENDED**
                                          **COMPLAINT**
16         vs.
                                          **DEMAND FOR JURY TRIAL**
17
18  THE SEVEN GROUP, an entity of form
    unknown; and ADAM SHRYOCK, an
19  individual; and DOES 1 through 25,

20              Defendants.

21
22
23
24
25
26
27
28

Quintana Law
Group, APC

Defendants ADAM SHRYOCK ("Shryock") and PURE SAVINGS, LLC, sued erroneously herein as The Seven Group ("Pure Savings") hereby answer the First Amended Complaint ("FAC") of Plaintiff KEEP A BREAST FOUNDATION ("Plaintiff" or "KAB"), and aver as follows:

1.      Paragraph 1 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.  To the extent portions of Paragraph 1 are not conclusions, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 1 of the FAC, and on that basis, deny them.

2.      Paragraph 2 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.  To the extent portions of Paragraph 2 are not conclusions, Defendants Shryock and Pure Savings admit that the FAC purports to be a complaint based on the claims described, and deny all other allegations against them.  As to all other defendants, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 2 of the FAC, and on that basis, deny them.

3.      Paragraph 3 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.  To the extent portions of Paragraph 3 are not conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either of them in Paragraph 3 of the FAC.  As to the allegations against all other defendants, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 3 of the FAC, and on that basis, deny them.

4.      Paragraph 4 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.  To the extent portions of Paragraph 4 are not conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either of them in Paragraph 4 of the FAC.  As to the allegations against all other defendants, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 4 of the FAC, and on that basis, deny them.

5.      Paragraph 5 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.  To the extent portions of Paragraph 5 are not conclusions,

Quintana Law
Group, APC

1  Defendants Shryock and Pure Savings deny all allegations directed at them, or either of them in

2  Paragraph 5 of the FAC.  As to the allegations against all other defendants, Defendants Shryock

3  and Pure Savings lack information or belief sufficient to admit or deny the allegations of

4  Paragraph 5 of the FAC, and on that basis, deny them.

5       6.    Paragraph 6 contains only legal conclusions for which no response by Defendants

6  Shryock and Pure Savings is necessary.  To the extent portions of Paragraph 6 are not conclusions,

7  Defendants Shryock and Pure Savings admit that the FAC purports to seek the relief summarized

8  in Paragraph 6 of the FAC.  Further, Defendants Shryock and Pure Savings deny all allegations

9  directed at them, or either of them in Paragraph 6 of the FAC.  As to the allegations against all

10  other defendants, Defendants Shryock and Pure Savings lack information or belief sufficient to

11  admit or deny the allegations of Paragraph 6 of the FAC, and on that basis, deny them.

12       7.    Paragraph 7 contains only legal conclusions for which no response by Defendants

13  Shryock and Pure Savings is necessary.  To the extent portions of Paragraph 7 are not conclusions,

14  Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

15  allegations of Paragraph 7 of the FAC, and on that basis, deny them.

16       8.    Paragraph 8 contains only legal conclusions for which no response by Defendants

17  Shryock and Pure Savings is necessary.  To the extent portions of Paragraph 8 are not conclusions,

18  Defendants Shryock and Pure Savings admit that Shryock is an individual and resident of San

19  Francisco, California.  As to all other allegations in Paragraph 8 of the FAC, Defendants Shryock

20  and Pure Savings lack information or belief sufficient to admit or deny the allegations of

21  Paragraph 8 of the FAC, and on that basis, deny them.

22       9.    Paragraph 9 contains only legal conclusions for which no response by Defendants

23  Shryock and Pure Savings is necessary.  To the extent portions of Paragraph 9 are not conclusions,

24  Defendants Shryock and Pure Savings deny them.

25       10.   Paragraph 10 contains only legal conclusions for which no response by Defendants

26  Shryock and Pure Savings is necessary.  To the extent portions of Paragraph 10 are not

27  conclusions, Defendants Shryock and Pure Savings lack information or belief sufficient to admit

28  or deny the allegations, and on that basis, deny them.

1    11.    Paragraph 11 contains only legal conclusions for which no response by Defendants

2  Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 11 are not

3  conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

4  of them in Paragraph 11 of the FAC.   As to the allegations against all other defendants,

5  Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

6  allegations of Paragraph 11 of the FAC, and on that basis, deny them.

7    12.    Paragraph 12 contains only legal conclusions for which no response by Defendants

8  Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 12 are not

9  conclusions, Defendants Shryock and Pure Savings admit that the FAC purports to be a complaint

10  based on the claims described, and deny all other allegations.

11    13.    Paragraph 13 contains only legal conclusions for which no response by Defendants

12  Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 13 are not

13  conclusions, Defendants Shryock and Pure Savings admit that the FAC purports to be a complaint

14  based on the claims described, and deny all other allegations.

15    14.    Paragraph 14 contains only legal conclusions for which no response by Defendants

16  Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 14 are not

17  conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

18  of them in Paragraph 14 of the FAC.   As to the allegations against all other defendants,

19  Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

20  allegations of Paragraph 14 of the FAC, and on that basis, deny them.

21    15.    Paragraph 15 contains only legal conclusions for which no response by Defendants

22  Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 15 are not

23  conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

24  of them in Paragraph 15 of the FAC.   As to the allegations against all other defendants,

25  Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

26  allegations of Paragraph 15 of the FAC, and on that basis, deny them.

27    16.    Paragraph 16 contains only legal conclusions for which no response by Defendants

28  Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 16 are not

Quintana Law
Group, APC

1    conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either
2    of them in Paragraph 16 of the FAC.   As to the allegations against all other defendants,
3    Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the
4    allegations of Paragraph 16 of the FAC, and on that basis, deny them.

5           17.     Paragraph 17 contains only legal conclusions for which no response by Defendants
6    Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 17 are not
7    conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either
8    of them in Paragraph 17 of the FAC.   As to the allegations against all other defendants,
9    Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the
10   allegations of Paragraph 17 of the FAC, and on that basis, deny them.

11          18.     Paragraph 18 contains only legal conclusions for which no response by Defendants
12   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 18 are not
13   conclusions, Defendants Shryock and Pure Savings lack information or belief sufficient to admit
14   or deny the allegations of Paragraph 18 of the FAC, and on that basis, deny them.

15          19.     Paragraph 19 contains only legal conclusions for which no response by Defendants
16   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 19 are not
17   conclusions, Defendants Shryock and Pure Savings lack information or belief sufficient to admit
18   or deny the allegations of Paragraph 19 of the FAC, and on that basis, deny them.

19          20.     Paragraph 20 contains only legal conclusions for which no response by Defendants
20   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 20 are not
21   conclusions, Defendants Shryock and Pure Savings lack information or belief sufficient to admit
22   or deny the allegations of Paragraph 20 of the FAC, and on that basis, deny them.

23          21.     Paragraph 21 contains only legal conclusions for which no response by Defendants
24   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 21 are not
25   conclusions, Defendants Shryock and Pure Savings lack information or belief sufficient to admit
26   or deny the allegations of Paragraph 21 of the FAC, and on that basis, deny them.

27          22.     Paragraph 22 contains only legal conclusions for which no response by Defendants
28   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 22 are not

Quintana Law
Group, APC

1   conclusions, Defendants Shryock and Pure Savings lack information or belief sufficient to admit

2   or deny the allegations of Paragraph 22 of the FAC, and on that basis, deny them.

3       23.    Paragraph 23 contains only legal conclusions for which no response by Defendants

4   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 23 are not

5   conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

6   of them in Paragraph 23 of the FAC.   As to the allegations against all other defendants,

7   Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

8   allegations of Paragraph 23 of the FAC, and on that basis, deny them.

9       24.    Paragraph 24 contains legal conclusions for which no response by Defendants

10  Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 24 are not

11  conclusions, Defendants Shryock and Pure Savings admit that Defendant Pure Savings sold the t-

12  shirts and bracelets described at or near sporting events, and deny all additional allegations

13  directed at them, or either of them in Paragraph 24 of the FAC.   As to the allegations against all

14  other defendants, Defendants Shryock and Pure Savings lack information or belief sufficient to

15  admit or deny the allegations of Paragraph 24 of the FAC, and on that basis, deny them.

16      25.    Paragraph 25 contains legal conclusions for which no response by Defendants

17  Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 25 are not

18  conclusions, Defendants Shryock and Pure Savings admit that Defendant Pure Savings was

19  promoting breast cancer awareness and that its website included collages of pictures which

20  featured some of its employees and/or independent contractors, and deny all additional allegations

21  directed at them, or either of them in Paragraph 25 of the FAC.   As to the allegations against all

22  other defendants, Defendants Shryock and Pure Savings lack information or belief sufficient to

23  admit or deny the allegations of Paragraph 25 of the FAC, and on that basis, deny them.

24      26.    Paragraph 26 contains legal conclusions for which no response by Defendants

25  Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 26 are not

26  conclusions, Defendants Shryock and Pure Savings admit that Defendant Pure Savings received

27  correspondence purporting to be from Plaintiff's legal representative, the content of which speaks

28  for itself, and deny all additional allegations directed at them, or either of them in Paragraph 26 of

Quintana Law
Group, APC

1   the FAC. As to the allegations against all other defendants, Defendants Shryock and Pure Savings

2   lack information or belief sufficient to admit or deny the allegations of Paragraph 26 of the FAC,

3   and on that basis, deny them.

4           27.   Paragraph 27 contains legal conclusions for which no response by Defendants

5   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 27 are not

6   conclusions, Defendants Shryock and Pure Savings admit that Defendant Pure Savings transmitted

7   correspondence to the person purporting to be Plaintiff's legal representative, the content of which

8   speaks for itself, and deny all additional allegations directed at them, or either of them in

9   Paragraph 26 of the FAC. As to the allegations against all other defendants, Defendants Shryock

10  and Pure Savings lack information or belief sufficient to admit or deny the allegations of

11  Paragraph 26 of the FAC, and on that basis, deny them.

12          28.   Paragraph 28 contains legal conclusions for which no response by Defendants

13  Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 28 are not

14  conclusions, Defendants Shryock and Pure Savings admit that Defendant Pure Savings received

15  correspondence purporting to be from Plaintiff's legal representative, the content of which speaks

16  for itself, and deny all additional allegations directed at them, or either of them in Paragraph 28 of

17  the FAC. As to the allegations against all other defendants, Defendants Shryock and Pure Savings

18  lack information or belief sufficient to admit or deny the allegations of Paragraph 28 of the FAC,

19  and on that basis, deny them.

20          29.   Defendants Shryock and Pure Savings admit that Defendant Pure Savings sent an

21  email on or about that date, which speaks for itself, and deny all remaining allegations regarding

22  them contained in Paragraph 29 of the FAC. As to the allegations against all other defendants,

23  Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

24  allegations of Paragraph 29 of the FAC, and on that basis, deny them.

25          30.   Defendants Shryock and Pure Savings admit that Defendant Pure Savings sent an

26  email on or about that date, which speaks for itself, and deny all remaining allegations regarding

27  them contained in Paragraph 30 of the FAC.  As to the allegations against all other defendants,

28  Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

1  allegations of Paragraph 30 of the FAC, and on that basis, deny them.

2      31.   Paragraph 31 contains only legal conclusions for which no response by Defendants

3  Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 31 are not

4  conclusions, Defendants Shryock and Pure Savings lack information or belief sufficient to admit

5  or deny the allegations of Paragraph 31 of the FAC, and on that basis, deny them.

6      32.   Paragraph 32 contains only legal conclusions for which no response by Defendants

7  Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 32 are not

8  conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

9  of them in Paragraph 32 of the FAC.   As to the allegations against all other defendants,

10  Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

11  allegations of Paragraph 32 of the FAC, and on that basis, deny them.

12      33.   Paragraph 33 contains only legal conclusions for which no response by Defendants

13  Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 33 are not

14  conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

15  of them in Paragraph 33 of the FAC.   As to the allegations against all other defendants,

16  Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

17  allegations of Paragraph 33 of the FAC, and on that basis, deny them.

18      34.   Paragraph 34 contains only legal conclusions for which no response by Defendants

19  Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 34 are not

20  conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

21  of them in Paragraph 34 of the FAC.   As to the allegations against all other defendants,

22  Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

23  allegations of Paragraph 34 of the FAC, and on that basis, deny them.

24      35.   Paragraph 35 contains only legal conclusions for which no response by Defendants

25  Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 35 are not

26  conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

27  of them in Paragraph 35 of the FAC.   As to the allegations against all other defendants,

28  Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

Quintana Law
Group, APC

1   allegations of Paragraph 35 of the FAC, and on that basis, deny them.

2       36.     Paragraph 36 contains only legal conclusions for which no response by Defendants

3   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 36 are not

4   conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

5   of them in Paragraph 36 of the FAC.   As to the allegations against all other defendants,

6   Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

7   allegations of Paragraph 36 of the FAC, and on that basis, deny them.

8       37.     Paragraph 37 contains only legal conclusions for which no response by Defendants

9   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 37 are not

10   conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

11   of them in Paragraph 37 of the FAC.   As to the allegations against all other defendants,

12   Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

13   allegations of Paragraph 37 of the FAC, and on that basis, deny them.

14       38.     Paragraph 38 contains only legal conclusions for which no response by Defendants

15   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 38 are not

16   conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

17   of them in Paragraph 38 of the FAC.   As to the allegations against all other defendants,

18   Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

19   allegations of Paragraph 38 of the FAC, and on that basis, deny them.

20       39.     Paragraph 39 contains only legal conclusions for which no response by Defendants

21   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 39 are not

22   conclusions, Defendants Shryock and Pure Savings deny them.

23       40.     Defendants Shryock and Pure Savings hereby repeat and incorporate by reference

24   all the admissions and denials of Paragraphs 1 through 39 as if set forth fully herein.

25       41.     Paragraph 41 contains only legal conclusions for which no response by Defendants

26   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 41 are not

27   conclusions, Defendants Shryock and Pure Savings lack information or belief sufficient to admit

28   or deny the allegations of Paragraph 41 of the FAC, and on that basis, deny them.

Quintana Law
Group, APC

42.     Paragraph 42 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 42 are not conclusions, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 42 of the FAC, and on that basis, deny them.

43.     Paragraph 43 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 43 are not conclusions, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 43 of the FAC, and on that basis, deny them.

44.     Paragraph 44 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 44 are not conclusions, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 44 of the FAC, and on that basis, deny them.

45.     Paragraph 45 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 45 are not conclusions, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 45 of the FAC, and on that basis, deny them.

46.     Paragraph 46 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 46 are not conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either of them in Paragraph 46 of the FAC.   As to the allegations against all other defendants, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 46 of the FAC, and on that basis, deny them.

47.     Paragraph 47 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 47 are not conclusions, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 47 of the FAC, and on that basis, deny them.

48.     Paragraph 48 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 48 are not

1   conclusions, Defendants Shryock and Pure Savings lack information or belief sufficient to admit

2   or deny the allegations of Paragraph 48 of the FAC, and on that basis, deny them.

3       49.     Paragraph 49 contains only legal conclusions for which no response by Defendants

4   Shryock and Pure Savings is necessary.  To the extent portions of Paragraph 49 are not

5   conclusions, Defendants Shryock and Pure Savings lack information or belief sufficient to admit

6   or deny the allegations of Paragraph 49 of the FAC, and on that basis, deny them.

7       50.     Paragraph 50 contains only legal conclusions for which no response by Defendants

8   Shryock and Pure Savings is necessary.  To the extent portions of Paragraph 50 are not

9   conclusions, Defendants Shryock and Pure Savings lack information or belief sufficient to admit

10  or deny the allegations of Paragraph 50 of the FAC, and on that basis, deny them.

11      51.     Paragraph 51 contains only legal conclusions for which no response by Defendants

12  Shryock and Pure Savings is necessary.  To the extent portions of Paragraph 51 are not

13  conclusions, Defendants Shryock and Pure Savings lack information or belief sufficient to admit

14  or deny the allegations of Paragraph 51 of the FAC, and on that basis, deny them.

15      52.     Paragraph 52 contains only legal conclusions for which no response by Defendants

16  Shryock and Pure Savings is necessary.  To the extent portions of Paragraph 52 are not

17  conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

18  of them in Paragraph 52 of the FAC.  As to the allegations against all other defendants,

19  Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

20  allegations of Paragraph 52 of the FAC, and on that basis, deny them.

21      53.     Paragraph 53 contains only legal conclusions for which no response by Defendants

22  Shryock and Pure Savings is necessary.  To the extent portions of Paragraph 53 are not

23  conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

24  of them in Paragraph 53 of the FAC.  As to the allegations against all other defendants,

25  Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

26  allegations of Paragraph 53 of the FAC, and on that basis, deny them.

27      54.     Paragraph 54 contains only legal conclusions for which no response by Defendants

28  Shryock and Pure Savings is necessary.  To the extent portions of Paragraph 54 are not

Quintana Law
Group, APC

1   conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

2   of them in Paragraph 54 of the FAC.   As to the allegations against all other defendants,

3   Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

4   allegations of Paragraph 54 of the FAC, and on that basis, deny them.

5       55.     Paragraph 55 contains only legal conclusions for which no response by Defendants

6   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 55 are not

7   conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

8   of them in Paragraph 55 of the FAC.   As to the allegations against all other defendants,

9   Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

10   allegations of Paragraph 55 of the FAC, and on that basis, deny them.

11      56.     Paragraph 56 contains only legal conclusions for which no response by Defendants

12   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 56 are not

13   conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

14   of them in Paragraph 56 of the FAC.   As to the allegations against all other defendants,

15   Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

16   allegations of Paragraph 56 of the FAC, and on that basis, deny them.

17      57.     Defendants Shryock and Pure Savings hereby repeat and incorporate by reference

18   all the admissions and denials of Paragraphs 1 through 56 as if set forth fully herein.

19      58.     Paragraph 58 contains only legal conclusions for which no response by Defendants

20   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 58 are not

21   conclusions, Defendants Shryock and Pure Savings admit that the FAC purports to be a complaint

22   based on the claims described, and deny all other allegations.

23      59.     Paragraph 59 contains only legal conclusions for which no response by Defendants

24   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 59 are not

25   conclusions, Defendants Shryock and Pure Savings lack information or belief sufficient to admit

26   or deny the allegations of Paragraph 59 of the FAC, and on that basis, deny them.

27      60.     Paragraph 60 contains only legal conclusions for which no response by Defendants

28   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 60 are not

conclusions, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 60 of the FAC, and on that basis, deny them.

61.     Paragraph 61 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 61 are not conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either of them in Paragraph 61 of the FAC.   As to the allegations against all other defendants, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 61 of the FAC, and on that basis, deny them.

62.     Paragraph 62 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 62 are not conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either of them in Paragraph 62 of the FAC.   As to the allegations against all other defendants, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 62 of the FAC, and on that basis, deny them.

63.     Paragraph 63 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 63 are not conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either of them in Paragraph 63 of the FAC.   As to the allegations against all other defendants, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 63 of the FAC, and on that basis, deny them.

64.     Defendants Shryock and Pure Savings hereby repeat and incorporate by reference all the admissions and denials of Paragraphs 1 through 63 as if set forth fully herein.

65.     Paragraph 65 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 65 are not conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either of them in Paragraph 65 of the FAC.   As to the allegations against all other defendants, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 65 of the FAC, and on that basis, deny them.

Quintana Law
Group, APC

66.     Paragraph 66 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 66 are not conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either of them in Paragraph 66 of the FAC.   As to the allegations against all other defendants, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 66 of the FAC, and on that basis, deny them.

67.     Paragraph 67 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 67 are not conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either of them in Paragraph 67 of the FAC.   As to the allegations against all other defendants, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 67 of the FAC, and on that basis, deny them.

68.     Paragraph 68 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 68 are not conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either of them in Paragraph 68 of the FAC.   As to the allegations against all other defendants, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 68 of the FAC, and on that basis, deny them.

69.     Defendants Shryock and Pure Savings hereby repeat and incorporate by reference all the admissions and denials of Paragraphs 1 through 68 as if set forth fully herein.

70.     Paragraph 70 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 70 are not conclusions, Defendants Shryock and Pure Savings admit that the FAC purports to be a complaint based on the claims described, and deny all other allegations.

71.     Paragraph 71 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 71 are not conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either of them in Paragraph 71 of the FAC.   As to the allegations against all other defendants,

1   Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

2   allegations of Paragraph 71 of the FAC, and on that basis, deny them.

3       72.     Paragraph 72 contains only legal conclusions for which no response by Defendants

4   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 72 are not

5   conclusions, Defendants Shryock and Pure Savings lack information or belief sufficient to admit

6   or deny the allegations of Paragraph 72 of the FAC, and on that basis, deny them.

7       73.     Paragraph 73 contains only legal conclusions for which no response by Defendants

8   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 73 are not

9   conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

10  of them in Paragraph 73 of the FAC.   As to the allegations against all other defendants,

11  Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

12  allegations of Paragraph 73 of the FAC, and on that basis, deny them.

13      74.     Paragraph 74 contains only legal conclusions for which no response by Defendants

14  Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 74 are not

15  conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

16  of them in Paragraph 74 of the FAC.   As to the allegations against all other defendants,

17  Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

18  allegations of Paragraph 74 of the FAC, and on that basis, deny them.

19      75.     Paragraph 75 contains only legal conclusions for which no response by Defendants

20  Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 75 are not

21  conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

22  of them in Paragraph 75 of the FAC.   As to the allegations against all other defendants,

23  Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

24  allegations of Paragraph 75 of the FAC, and on that basis, deny them.

25      76.     Defendants Shryock and Pure Savings hereby repeat and incorporate by reference

26  all the admissions and denials of Paragraphs 1 through 75 as if set forth fully herein.

27      77.     Paragraph 77 contains only legal conclusions for which no response by Defendants

28  Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 77 are not

Quintana Law
Group, APC

1    conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

2    of them in Paragraph 77 of the FAC. As to the allegations against all other defendants,

3    Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

4    allegations of Paragraph 77 of the FAC, and on that basis, deny them.

5       78.    Paragraph 78 contains only legal conclusions for which no response by Defendants

6    Shryock and Pure Savings is necessary. To the extent portions of Paragraph 78 are not

7    conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

8    of them in Paragraph 78 of the FAC. As to the allegations against all other defendants,

9    Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

10    allegations of Paragraph 78 of the FAC, and on that basis, deny them.

11       79.    Paragraph 79 contains only legal conclusions for which no response by Defendants

12    Shryock and Pure Savings is necessary. To the extent portions of Paragraph 79 are not

13    conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

14    of them in Paragraph 79 of the FAC. As to the allegations against all other defendants,

15    Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

16    allegations of Paragraph 79 of the FAC, and on that basis, deny them.

17       80.    Paragraph 80 contains only legal conclusions for which no response by Defendants

18    Shryock and Pure Savings is necessary. To the extent portions of Paragraph 80 are not

19    conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

20    of them in Paragraph 80 of the FAC. As to the allegations against all other defendants,

21    Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

22    allegations of Paragraph 80 of the FAC, and on that basis, deny them.

23       81.    Paragraph 81 contains only legal conclusions for which no response by Defendants

24    Shryock and Pure Savings is necessary. To the extent portions of Paragraph 81 are not

25    conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

26    of them in Paragraph 81 of the FAC. As to the allegations against all other defendants,

27    Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

28    allegations of Paragraph 81 of the FAC, and on that basis, deny them.

Quintana Law
Group, APC

82.     Paragraph 82 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 82 are not conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either of them in Paragraph 82 of the FAC.   As to the allegations against all other defendants, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 82 of the FAC, and on that basis, deny them.

83.     Paragraph 83 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 83 are not conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either of them in Paragraph 83 of the FAC.   As to the allegations against all other defendants, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 83 of the FAC, and on that basis, deny them.

84.     Paragraph 84 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 84 are not conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either of them in Paragraph 84 of the FAC.   As to the allegations against all other defendants, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 84 of the FAC, and on that basis, deny them.

85.     Paragraph 85 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 85 are not conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either of them in Paragraph 85 of the FAC.   As to the allegations against all other defendants, Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the allegations of Paragraph 85 of the FAC, and on that basis, deny them.

86.     Defendants Shryock and Pure Savings hereby repeat and incorporate by reference all the admissions and denials of Paragraphs 1 through 85 as if set forth fully herein.

87.     Paragraph 87 contains only legal conclusions for which no response by Defendants Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 87 are not

Quintana Law
Group, APC

1   conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

2   of them in Paragraph 87 of the FAC.   As to the allegations against all other defendants,

3   Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

4   allegations of Paragraph 87 of the FAC, and on that basis, deny them.

5        88.   Paragraph 88 contains only legal conclusions for which no response by Defendants

6   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 88 are not

7   conclusions, Defendants Shryock and Pure Savings deny all allegations directed at them, or either

8   of them in Paragraph 88 of the FAC.   As to the allegations against all other defendants,

9   Defendants Shryock and Pure Savings lack information or belief sufficient to admit or deny the

10   allegations of Paragraph 88 of the FAC, and on that basis, deny them.

11        89.   Paragraph 89 contains only legal conclusions for which no response by Defendants

12   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 89 are not

13   conclusions, Defendants Shryock and Pure Savings admit that the FAC purports to seek the relief

14   described.

15        90.   Defendants Shryock and Pure Savings hereby repeat and incorporate by reference

16   all the admissions and denials of Paragraphs 1 through 89 as if set forth fully herein.

17        91.   Defendants Shryock and Pure Savings deny the allegations contained in Paragraph

18   91 of the FAC.

19        92.   Defendants Shryock and Pure Savings deny the allegations contained in Paragraph

20   92 of the FAC.

21        93.   Defendants Shryock and Pure Savings deny the allegations contained in Paragraph

22   93 of the FAC.

23        94.   Paragraph 94 contains only legal conclusions for which no response by Defendants

24   Shryock and Pure Savings is necessary.   To the extent portions of Paragraph 94 are not

25   conclusions, Defendants Shryock and Pure Savings admit that Defendants Shryock manages some

26   business operations of Defendant Pure Savings, but lack information or belief sufficient to admit

27   or deny the remaining allegations of Paragraph 94 of the FAC, and on that basis, deny them.

28        95.   Paragraph 95 contains only legal conclusions for which no response by Defendants

Quintana Law
Group, APC

1   Shryock and Pure Savings is necessary.  To the extent portions of Paragraph 95 of the FAC are not

2   conclusions, Defendants Shryock and Pure Savings deny those allegations.

3       96.   Paragraph 96 contains only legal conclusions for which no response by Defendants

4   Shryock and Pure Savings is necessary.  To the extent portions of Paragraph 96 of the FAC are not

5   conclusions, Defendants Shryock and Pure Savings deny those allegations.

6       97.   Paragraph 97 contains only legal conclusions for which no response by Defendants

7   Shryock and Pure Savings is necessary.  To the extent portions of Paragraph 97 of the FAC are not

8   conclusions, Defendants Shryock and Pure Savings deny those allegations.

9       98.   Paragraph 98 contains only legal conclusions for which no response by Defendants

10  Shryock and Pure Savings is necessary.  To the extent portions of Paragraph 98 of the FAC are not

11  conclusions, Defendants Shryock and Pure Savings deny those allegations.

12      99.   Paragraph 99 contains only legal conclusions for which no response by Defendants

13  Shryock and Pure Savings is necessary.  To the extent portions of Paragraph 99 of the FAC are not

14  conclusions, Defendants Shryock and Pure Savings deny those allegations.

15  ## DEFENDANTS JACOBY AND SLICK DESIGNS' AFFIRMATIVE DEFENSES

16  ### First Affirmative Defense

17      1.   On information and belief, the FAC, and each cause of action alleged against

18  Defendants Shryock and Pure Savings therein, fail to state facts sufficient to constitute a cause of

19  action against Defendants Shryock and Pure Savings.

20  ### Second Affirmative Defense

21      2.   On information and belief, Plaintiff's claims for relief are barred in whole or in

22  part because Plaintiff's would be unjustly enriched if it recovered any damages or relief from

23  Defendants Shryock and/or Pure Savings.

24  ### Third Affirmative Defense

25      3.   On information and belief, the FAC, and each cause of action alleged against

26  Defendants Shryock and Pure Savings therein, is barred, in whole or in part, by the doctrines of

27  consent, estoppel, acquiescence, and/or waiver.

28

Quintana Law
Group, APC

**Fourth Affirmative Defense**

4.     On information and belief, the FAC, and each cause of action alleged against Defendants Shryock and Pure Savings therein, is barred in whole or in part by the doctrine of unclean hands.

**Fifth Affirmative Defense**

5.     On information and belief, the FAC, and each cause of action against Defendants Shryock and Pure Savings alleged therein, is barred in whole or in part by the Plaintiff's failure to fulfill its duty to mitigate the damages allegedly suffered.

**Sixth Affirmative Defense**

6.     On information and belief, the Fourth and Fifth Causes of Action pled in the FAC are preempted by Federal law.

**Seventh Affirmative Defense**

7.     On information and belief, the FAC, and each of the claims alleged against Defendants Shryock and Pure Savings therein, fails to describe the claims made against Defendants Jacoby and Slick Designs with sufficient particularity to enable Defendants Shryock and Pure Savings to determine what defenses they may have in response to Plaintiff's claims. Defendants Shryock and Pure Savings therefore reserve the right to assert all defenses which may be pertinent to Plaintiff's claims once the precise nature of such claims are ascertained through discovery and investigation.

## PRAYER FOR RELIEF

WHEREFORE, Defendants Shryock and Pure Savings each pray for the following relief:

1.     That Plaintiff's First Amended Complaint be dismissed with prejudice, and that Plaintiff's request for damages and other relief be denied in full;

2.     That Defendants Shryock and Pure Savings be awarded their attorneys' fees, costs and expenses in this action, pursuant applicable law; and

3.     Any further relief as this Court may deem fair and just.

Quintana Law
Group, APC

1  | DATED: September 1, 2011

QUINTANA LAW GROUP
A Professional Law Corporation

By:

Andres F. Quintana, Esq.
John M. Houkom, Esq.
Attorneys for Defendants Adam
Shryock and Pure Savings, LLC

## DEMAND FOR JURY TRIAL

Defendants Shryock and Pure Savings respectfully request a trial by jury on all issues so triable.

## RESERVATION OF RIGHTS

Defendants Shryock and Pure Savings reserve their rights to amend this answer, to assert additional defenses that may be developed during discovery in this action, and to file a counterclaim, as appropriate.


DATED: September 1, 2011               QUINTANA LAW GROUP
                                       A Professional Law Corporation


                                       By: _____

                                           Andrés F. Quintana, Esq.
                                           John M. Houkom, Esq.
                                           Attorneys for Defendants Adam
                                           Shryock and Pure Savings, LLC

Quintana Law
Group, APC

22