# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEEP A BREAST FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE SEVEN GROUP, et al., ) <br> ) <br> Defendant. ) <br> ) | Case No. 11cv00570-WMc <br><br> **ORDER SETTING TELEPHONIC STATUS CONFERENCE** |

The Court held a telephonic status conference on December 5, 2011. Gary Sirota appeared for plaintiff and John Houkum appeared for defendant. A settlement agreement has been reached. The parties are to file a joint motion to dismiss without prejudice **on or before December 19, 2011**. The Court will conduct a telephonic status conference on **December 21, 2011** at **10:15 a.m.** to follow-up on the status of the joint motion to dismiss. Counsel for plaintiff is instructed to initiate the **joint** call to chambers by first calling opposing counsel and then conferencing in the Court at (619) 557-6624 on the day and time indicated above.

**IT IS SO ORDERED.**

DATED: December 5, 2011

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

11cv570-WMc